IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re

MASON PLAN COMPANY, INC.,
Debtor(s).

CASE NO: 97-11031-MM-7

RULE 3011 REPORT OF UNCLAIMED FUNDS

TO THE HONORABLE GERALDINE S. LESTER
CLERK, U.S. BANKRUPTCY COURT

In accordance with Bankruptcy Rule 3011, I am attaching my check as trustee in bankruptcy herein for the amount of $ 15,935.18, covering dividends unclaimed for more than ninety (90) days after the distribution of final dividend. I certify that I have reviewed the proof of claim and made a diligent attempt to locate the claimants of these unclaimed funds.

Stop payment slips and/or returned checks with the envelopes on the following issued outstanding checks are attached, representing the total amount to be paid to the Clerk's Office. The name, and mailing address of the person entitled to such payment, as reflected on the proof of claim, and the amount thereof, is as follows:

| **CREDITOR** | **ADDRESS** | **AMT OF CHECK** |
|---|---|---|
| See Attached List | | |

Respectfully submitted this 16th day of June, 2008.

THEODORE L. HALL, TRUSTEE

REVIEWED AND APPROVED BY U.S. BANKRUPTCY ADMINISTRATOR'S OFFICE

DATED: 6/17/08        SIGNED: Ruth Boney

Case No: 97-11031 -MM  
Case Name: MASON PLAN COMPANY, INC.

Trustee Name: Theodore L. Hall  
Bank Name: Bank of America  
Account Number / CD #: \*\*\*\*\*\*\*9440 Checking - Non Interest

Taxpayer ID No: \*\*\*\*\*\*\*3545  
For Period Ending: 06/05/08

Blanket Bond (per case limit): $ 1,207,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|
| 07/05/07 | 001009 | HILDA S HAUSER<br>LESLIE H HAUSER<br>6780 SOMERSET DR.<br>MOBILE AL 36619 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -1,099.51 | 1,099.51 |
| 07/05/07 | 001010 | HILDA S HAUSER<br>LESLIE H HAUSER<br>6780 SOMERSET DR.<br>MOBILE AL 36619 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -2,061.58 | 3,161.09 |
| 07/05/07 | 001011 | SALLY CANE<br>7349 BAY RD.<br>MOBILE AL 36605 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -1,099.51 | 4,260.60 |
| 07/05/07 | 001052 | IDA M SMITH<br>3753 SPRINGHILL AVE.<br>MOBILE AL 36608 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -440.49 | 4,701.09 |
| 07/05/07 | 001061 | MARY ROSALIND AND STEVE P. COBB<br>P. O. BOX 180681<br>MOBILE, AL 36618 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -15.83 | 4,716.92 |
| 07/05/07 | 001062 | MARY W PARRISH<br>ROSALAND COBB<br>P O BOX 76<br>WILMER AL 36587 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -1,594.29 | 6,311.21 |
| 07/05/07 | 001066 | WILLIAM E KIRVEN<br>MARGARET K KIRVEN<br>P O BOX 6403<br>MOBILE AL 36660 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -1,228.11 | 7,539.32 |
| 07/05/07 | 001067 | MARK S. & ANN M. SHOREY<br>4617 CANAL PARK DR.<br>MOBILE AL 36619 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -222.61 | 7,761.93 |
| 07/05/07 | 001069 | BELLSOUTH TELECOMM<br>C/O BANKRUPTCY GROUP<br>RM 260<br>125 PERIMETER CENTER WEST<br>ATLANTA GA 30346 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -11.16 | 7,773.09 |
| 07/05/07 | 001078 | MRS JANIS M HARRIS<br>WILLIAM LINWOOD<br>OR STEPHEN LINWOOD<br>1983 DANBERRY<br>MEMPHIS TN 38116 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -282.25 | 8,055.34 |
| 07/05/07 | 001079 | EVELYN WARREN<br>DEBORAH NICHOLSON<br>P O BOX 575<br>SATSUMA AL 36572 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -297.91 | 8,353.25 |
| 07/05/07 | 001080 | WILLIAM H SCHULTZ<br>LARRY SCHULTZ<br>2452 N MCVAY DR<br>MOBILE AL 36605 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -5,869.45 | 14,222.70 |
| 07/05/07 | 001081 | COMMUNITY COFFEE CO INC<br>5232 HALLS MILL RD. STE A<br>MOBILE AL 36619 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | -0.68 | 14,223.38 |
| 07/05/07 | 001084 | ESTATE OF WILLIAM H. STOKES, | Stop Payment Reversal | 7100-004 | -741.64 | 14,965.02 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 14

| Case No: | 97-11031 -MM | Trustee Name: | Theodore L. Hall |
|---|---|---|---|
| Case Name: | MASON PLAN COMPANY, INC. | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******9440 Checking - Non Interest |
| Taxpayer ID No: | *******3545 | | |
| For Period Ending: | 06/05/08 | Blanket Bond (per case limit): | $ 1,207,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | DECE C/O HORACE MOON, JR. 2151 GOVERNMENT ST MOBILE, AL 36606 | STOP PAY ADD SUCCESSFUL | | | | |
| 07/05/07 | 001091 | MARY LEE PRICE PETTUS MARY C PRICE 7155 SMITHFIELD RD. MOBILE AL 36695 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -192.41 | 15,157.43 |
| 07/05/07 | 001092 | MICHAEL H. SCHULTZ 3287 HILLARD DR. BIRMINGHAM, AL 35243 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -72.30 | 15,229.73 |
| 07/05/07 | 001098 | MICHAEL JAMES LABRECQUE 4031 AIRPORT BLVD APT 210 MOBILE, AL 36608 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -20.00 | 15,249.73 |
| 07/05/07 | 001105 | STEVEN HINKLEY C/O STEVE OLEN P.O. BOX 1826 MOBILE, AL 36633 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -151.95 | 15,401.68 |
| 07/05/07 | 001148 | JAMES MICHAEL SCHULTZ 3287 HILLARD DR. BIRMINGHAM, AL 35243 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -121.47 | 15,523.15 |
| 07/05/07 | 001149 | CHRISTOPHER ALAN SCHULTZ C/O M.H. SCHULTZ 3287 HILLARD DR. BIRMINGHAM, AL 35243 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -101.21 | 15,624.36 |
| 07/05/07 | 001151 | REGIONS BANK C/O BEN STOKES & ASSOCIATES 1000 DOWNTOWNER BOULEVARD MOBILE, AL 36691 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -310.82 | 15,935.18 |