IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE

MASON PLAN COMPANY, INC.   CASE NO. 97-11031-MM

Debtor.

### TRUSTEE'S REPORT OF DIVIDENDS

CLAIM CATEGORY: PRIORITY
UNSECURED

PERCENT OF DIVIDEND: 100%
0.0343763

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM ALLOWED | CALCULATED DIVIDEND TO PAY CREDITOR |
|---|---|---|---|

See Attached Proposed Distribution Sheet

DATED: September 16, 2008

/s/ Theodore L. Hall
TRUSTEE

Reviewed by
U.S. Bankruptcy Administrator's Office

SIGNED: Ruth Boney
DATE: 9/17/08

PDF created with pdfFactory trial version www.pdffactory.com

# PROPOSED DISTRIBUTION

Case Number: 97-11031    MM  
Debtor Name: MASON PLAN COMPANY, INC.

Page 1

Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $53,592.52 |
| **Claim Type BOND - BOND PREMIUM PAYMENT** | | | | | | | | |
| | THEODORE L. HALL | Admin | 025 | $479.76 | $479.76 | $0.00 | $0.00 | $53,592.52 |
| | THEODORE L. HALL | Admin | 025 | $287.93 | $287.93 | $0.00 | $0.00 | $53,592.52 |
| | Theodore L. Hall | Admin | 025 | $382.45 | $382.45 | $0.00 | $0.00 | $53,592.52 |
| | THEODORE L. HALL | Admin | 025 | $540.22 | $540.22 | $0.00 | $0.00 | $53,592.52 |
| | THEODORE L. HALL | Admin | 025 | $179.52 | $179.52 | $0.00 | $0.00 | $53,592.52 |
| | THEODORE L. HALL | Admin | 025 | $208.38 | $208.38 | $0.00 | $0.00 | $53,592.52 |
| | Subtotal For Claim Type BOND | | | $2,078.26 | $2,078.26 | $0.00 | $0.00 | |
| **Claim Type CAF - CLERK, ADVERSARY FILING** | | | | | | | | |
| | CLERK, US BANKRUPTCY COURT | Admin | 025 | $150.00 | $150.00 | $0.00 | $0.00 | $53,592.52 |
| | Subtotal For Claim Type CAF | | | $150.00 | $150.00 | $0.00 | $0.00 | |
| **Claim Type CLK - CLERK, U.S. BANKRUPTCY** | | | | | | | | |
| | CLERK, US BANKRUPTCY COURT | Admin | 025 | $15,935.18 | $15,935.18 | $0.00 | $0.00 | $53,592.52 |
| | Subtotal For Claim Type CLK | | | $15,935.18 | $15,935.18 | $0.00 | $0.00 | |
| **Claim Type OT7 - OTHER CHAPTER 7 ADMIN EXP** | | | | | | | | |
| | BURKHOLDER INSURANCE INC. | Admin | 025 | $750.00 | $750.00 | $0.00 | $0.00 | $53,592.52 |
| | Subtotal For Claim Type OT7 | | | $750.00 | $750.00 | $0.00 | $0.00 | |
| **Claim Type SAF - SPECIAL ATTY FEES** | | | | | | | | |
| | BEN STOKES & ASSOCIATES | Admin | 025 | $0.00 | $134.74 | $-134.74 | $0.00 | $53,592.52 |
| | Olen, Nicholas, Copeland P.C. | Admin | 025 | $26,985.08 | $26,985.08 | $0.00 | $0.00 | $53,592.52 |
| | Subtotal For Claim Type SAF | | | $26,985.08 | $27,119.82 | $-134.74 | $0.00 | |
| **Claim Type TAE - TRUSTEE ATTORNEY** | | | | | | | | |

# PROPOSED DISTRIBUTION

Case Number: 97-11031   MM
Debtor Name: MASON PLAN COMPANY, INC.

Page 2

Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type TAE - TRUSTEE ATTORNEY** | | | | | | | |
| | THEODORE L. HALL | Admin | 025 | $9,943.24 | $9,943.24 | $0.00 | $0.00 | $53,592.52 |
| | Subtotal For Claim Type TAE | | | $9,943.24 | $9,943.24 | $0.00 | $0.00 | |
| | **Claim Type TE - TRUSTEE EXPENSES** | | | | | | | |
| | THEODORE L. HALL | Admin | 025 | $40,383.26 | $40,383.26 | $0.00 | $0.00 | $53,592.52 |
| | Subtotal For Claim Type TE | | | $40,383.26 | $40,383.26 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative  100.14003 % | | | $96,225.02 | $96,359.76 | $-134.74 | $0.00 | |
| | **Claim Type SPT - SECURED PRIORITY TAXES** | | | | | | | |
| 00205 | FREDA P. ROBERTS REVENUE COMMISSI | Priority | 064 | $564.24 | $564.24 | $0.00 | $0.00 | $53,592.52 |
| | Subtotal For Claim Type SPT | | | $564.24 | $564.24 | $0.00 | $0.00 | |
| | **Claim Type UPT - UNSECURED PRIORITY TAXES** | | | | | | | |
| 00200 | STATE OF ALABAMA | Priority | 066 | $10.00 | $10.00 | $0.00 | $0.00 | $53,592.52 |
| 00202 | INTERNAL REVENUE SERVICE | Priority | 066 | $1,884.55 | $1,884.55 | $0.00 | $0.00 | $53,592.52 |
| 00210 | MARILYN E. WOOD, REVENUE COMMISSIONER | Priority | 066 | $86.78 | $0.00 | $86.78 | $86.78 | $53,505.74 |
| 00211 | MARILYN E. WOOD, REVENUE COMMISSIONER | Priority | 066 | $86.78 | $0.00 | $86.78 | $86.78 | $53,418.96 |
| 00212 | MARILYN E. WOOD, REVENUE COMMISSIONER | Priority | 066 | $107.15 | $0.00 | $107.15 | $107.15 | $53,311.81 |
| | Subtotal For Claim Type UPT | | | $2,175.26 | $1,894.55 | $280.71 | $280.71 | |
| | Subtotals For Class Priority  100.00000 % | | | $2,739.50 | $2,458.79 | $280.71 | $280.71 | |
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 00001 | HOWARD WILLIAMS | Unsec | 070 | $47,408.46 | $1,303.15 | $46,105.31 | $328.10 | $52,983.71 |
| 00002 | DORIS S SAVIO | Unsec | 070 | $110,150.68 | $3,027.78 | $107,122.90 | $762.33 | $52,221.38 |
| 00003 | FRANK E MEYERS | Unsec | 070 | $40,000.00 | $1,099.51 | $38,900.49 | $276.82 | $51,944.56 |

# PROPOSED DISTRIBUTION

Case Number: 97-11031   MM  
Debtor Name: MASON PLAN COMPANY, INC.  
Page 3  
Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Claim Type UC - UNSECURED CLAIMS | | | | | | | |
| 00004 | CAROLYN KEMP, | Unsec | 070 | $40,000.00 | $1,099.51 | $38,900.49 | $276.82 | $51,667.74 |
| 00005 | CAROLYN KEMP, | Unsec | 070 | $115,000.00 | $3,161.08 | $111,838.92 | $795.89 | $50,871.85 |
| 00006 | HILDA S HAUSER | Unsec | 070 | $40,000.00 | $1,099.51 | $38,900.49 | $276.82 | $50,595.03 |
| 00007 | HILDA S HAUSER | Unsec | 070 | $75,000.00 | $2,061.58 | $72,938.42 | $519.05 | $50,075.98 |
| 00008 | SALLY CANE | Unsec | 070 | $40,000.00 | $1,099.51 | $38,900.49 | $276.83 | $49,799.15 |
| 00009 | ELIZABETH CERVOLA | Unsec | 070 | $17,000.00 | $467.29 | $16,532.71 | $117.65 | $49,681.50 |
| 00010 | STEFAN VICTOR SAVIO | Unsec | 070 | $8,864.39 | $243.66 | $8,620.73 | $61.35 | $49,620.15 |
| 00011 | CHRISTIN D. SAVIO | Unsec | 070 | $13,355.72 | $367.12 | $12,988.60 | $92.43 | $49,527.72 |
| 00012 | MR MILON DAY | Unsec | 070 | $2,000.00 | $54.97 | $1,945.03 | $13.85 | $49,513.87 |
| 00013 | MR MILON DAY | Unsec | 070 | $6,500.00 | $178.67 | $6,321.33 | $44.99 | $49,468.88 |
| 00014 | MR MILON DAY | Unsec | 070 | $11,000.00 | $302.37 | $10,697.63 | $76.12 | $49,392.76 |
| 00015 | JOHN ALLEN WARD | Unsec | 070 | $4,893.97 | $134.52 | $4,759.45 | $33.87 | $49,358.89 |
| 00016 | FLORA K DOSTER | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $49,358.89 |
| 00017 | MR OR MRS T J WOOD | Unsec | 070 | $2,000.00 | $54.97 | $1,945.03 | $13.85 | $49,345.04 |
| 00018 | PAUL VICKERS | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $49,345.04 |
| 00019 | TIMMY BURRAGE | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $49,345.04 |
| 00020 | HEATHER ANN BURRAGE | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $49,345.04 |
| 00021 | B B KIMBROUGH | Unsec | 070 | $1,000.00 | $27.49 | $972.51 | $6.91 | $49,338.13 |
| 00022 | MR FRANKLIN BURGETT | Unsec | 070 | $40,310.62 | $1,108.05 | $39,202.57 | $278.97 | $49,059.16 |
| 00023 | MRS SHIRLEY J EDENS | Unsec | 070 | $5,117.53 | $140.67 | $4,976.86 | $35.42 | $49,023.74 |
| 00024 | WILLIAM H SCHULTZ | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $49,023.74 |

PDF created with pdfFactory trial version www.pdffactory.com

# PROPOSED DISTRIBUTION

Case Number: 97-11031 MM  
Debtor Name: MASON PLAN COMPANY, INC.  
Page 4  
Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Claim Type UC - UNSECURED CLAIMS | | | | | | | |
| 00025 | WILLIAM H SCHULTZ | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $49,023.74 |
| 00026 | RICHARD P MEYERS | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $49,023.74 |
| 00027 | ROBERT T MEYERS | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $49,023.74 |
| 00028 | HELEN A MEYERS | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $49,023.74 |
| 00029 | ALLEN R. EDENS | Unsec | 070 | $5,117.53 | $140.67 | $4,976.86 | $35.42 | $48,988.32 |
| 00030 | JEFF DAVIS MARKS | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $48,988.32 |
| 00031 | ROSEMARY MEYERS | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $48,988.32 |
| 00032 | MRS JOHN F GOODMAN | Unsec | 070 | $5,000.00 | $137.44 | $4,862.56 | $34.60 | $48,953.72 |
| 00033 | BUREN L GLASS | Unsec | 070 | $7,332.12 | $201.54 | $7,130.58 | $50.75 | $48,902.97 |
| 00034 | DANIEL COYER | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $48,902.97 |
| 00035 | ELLA M. LOCKE | Unsec | 070 | $68,639.91 | $1,886.75 | $66,753.16 | $475.04 | $48,427.93 |
| 00036 | EMERY M. WILSON, SR. | Unsec | 070 | $111,199.98 | $3,056.63 | $108,143.35 | $769.59 | $47,658.34 |
| 00037 | FRANCES H MURPHY | Unsec | 070 | $10,000.00 | $274.88 | $9,725.12 | $69.21 | $47,589.13 |
| 00038 | FRANCES H MURPHY | Unsec | 070 | $2,000.00 | $54.97 | $1,945.03 | $13.85 | $47,575.28 |
| 00039 | FRANCES H MURPHY | Unsec | 070 | $10,000.00 | $274.88 | $9,725.12 | $69.21 | $47,506.07 |
| 00040 | FRANCES H MURPHY | Unsec | 070 | $10,000.00 | $274.88 | $9,725.12 | $69.21 | $47,436.86 |
| 00041 | FRANCES H. MURPHY | Unsec | 070 | $1,000.00 | $27.49 | $972.51 | $6.91 | $47,429.95 |
| 00042 | DONALD D SUSI | Unsec | 070 | $58,696.80 | $1,613.44 | $57,083.36 | $406.23 | $47,023.72 |
| 00043 | JULIA H PATE | Unsec | 070 | $13,284.03 | $365.15 | $12,918.88 | $91.94 | $46,931.78 |
| 00044 | CRYSTAL GAYLE CODY | Unsec | 070 | $6,422.02 | $176.52 | $6,245.50 | $44.45 | $46,887.33 |
| 00045 | LUCIOUS EVANS | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $46,887.33 |

# Proposed Distribution
# PROPOSED DISTRIBUTION

Case Number: 97-11031 MM  
Debtor Name: MASON PLAN COMPANY, INC.  
Page 5  
Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type UC - UNSECURED CLAIMS** | | | | | | | | |
| 00046 | BEATRICE EVANS | Unsec | 070 | $20,000.00 | $549.75 | $19,450.25 | $138.42 | $46,748.91 |
| 00047 | JOSEPH J ALLEN | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $46,748.91 |
| 00048 | JEAN ELLEN RAYFIELD | Unsec | 070 | $814.59 | $22.39 | $792.20 | $5.64 | $46,743.27 |
| 00049 | C RAYMOND RAYFIELD | Unsec | 070 | $10,974.03 | $301.65 | $10,672.38 | $75.95 | $46,667.32 |
| 00050 | ALFRED D SCOTT | Unsec | 070 | $3,398.00 | $93.40 | $3,304.60 | $23.52 | $46,643.80 |
| 00051 | JULIUS J MICHINI | Unsec | 070 | $3,064.11 | $84.23 | $2,979.88 | $21.20 | $46,622.60 |
| 00052 | ROY H WELSH | Unsec | 070 | $104,689.42 | $2,877.67 | $101,811.75 | $724.53 | $45,898.07 |
| 00053 | PAUL T ARCHER | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $45,898.07 |
| 00054 | VIRGINIA D BEECH | Unsec | 070 | $130,000.00 | $3,573.40 | $126,426.60 | $899.69 | $44,998.38 |
| 00055 | BARBARA JOYCE LARAE CODY | Unsec | 070 | $4,411.88 | $121.28 | $4,290.60 | $30.53 | $44,967.85 |
| 00056 | HELEN BOGACH | Unsec | 070 | $1,340.34 | $36.84 | $1,303.50 | $9.28 | $44,958.57 |
| 00057A | CAROLYN 0 HARRISON | Unsec | 070 | $40,630.00 | $1,116.82 | $39,513.18 | $281.19 | $44,677.38 |
| 00057B | CAROLYN 0 HARRISON | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $44,677.38 |
| 00058 | LAWRENCE L MCKENZIE | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $44,677.38 |
| 00059 | WILLIAM A GRALAPP | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $44,677.38 |
| 00060 | HELEN WARREN | Unsec | 070 | $38,204.00 | $1,050.14 | $37,153.86 | $264.40 | $44,412.98 |
| 00061 | BETTY B BROWN | Unsec | 070 | $60,550.00 | $1,664.37 | $58,885.63 | $419.06 | $43,993.92 |
| 00062 | REGIONS BANK | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,993.92 |
| 00064 | H H LOVELACE | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,993.92 |
| 00065 | GERTRUDE BOWLES | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,993.92 |
| 00066 | JERRY EARL JOHNSON | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,993.92 |

PROPDIS4  
Printed: 09/16/08 10:29 AM  Ver: 12.01a

PDF created with pdfFactory trial version www.pdffactory.com

# PROPOSED DISTRIBUTION

Case Number: 97-11031   MM  
Debtor Name: MASON PLAN COMPANY, INC.  
Page 6  
Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Claim Type UC - UNSECURED CLAIMS |
| 00067 | EARL JOHNSON | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,993.92 |
| 00068 | RICHARD HOWARD MEYERS | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,993.92 |
| 00069 | E RL JOHNSON | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,993.92 |
| 00070 | EARL JOHNSON | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,993.92 |
| 00071 | EARL JOHNSON | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,993.92 |
| 00072 | EARL JOHNSON | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,993.92 |
| 00073 | MARY W PARRISH | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,993.92 |
| 00074 | ROSALIND COBB | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,993.92 |
| 00075 | REX I SOUTHWELL | Unsec | 070 | $39,618.57 | $1,089.02 | $38,529.55 | $274.20 | $43,719.72 |
| 00076 | PERRY R FILLINGIM | Unsec | 070 | $15,000.00 | $412.32 | $14,587.68 | $103.80 | $43,615.92 |
| 00077 | GRACE WYNNE | Unsec | 070 | $30,000.00 | $824.63 | $29,175.37 | $207.62 | $43,408.30 |
| 00078 | JOSIE B BRITAIN | Unsec | 070 | $20,734.00 | $569.93 | $20,164.07 | $143.49 | $43,264.81 |
| 00079 | E C BRISTOL | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $43,264.81 |
| 00080 | IDA M SMITH | Unsec | 070 | $16,025.00 | $440.49 | $15,584.51 | $110.90 | $43,153.91 |
| 00081 | HARRY 0 SIMPSON | Unsec | 070 | $278,955.69 | $7,667.83 | $271,287.86 | $1,930.60 | $41,223.31 |
| 00082 | FRED G TRIPLETT | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $41,223.31 |
| 00083 | W W DOWNEY | Unsec | 070 | $5,000.00 | $137.44 | $4,862.56 | $34.60 | $41,188.71 |
| 00084 | JAMES ROY ANTHONY | Unsec | 070 | $34,589.00 | $950.77 | $33,638.23 | $239.39 | $40,949.32 |
| 00085 | EULA GAMBLE | Unsec | 070 | $39,557.93 | $1,087.36 | $38,470.57 | $273.77 | $40,675.55 |
| 00086 | FRANCINA B BENEJAM | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $40,675.55 |
| 00087 | JOYCE L KING | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $40,675.55 |

PDF created with pdfFactory trial version www.pdffactory.com

# PROPOSED DISTRIBUTION

Case Number: 97-11031   MM  
Debtor Name: MASON PLAN COMPANY, INC.

Page 7

Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Claim Type UC - UNSECURED CLAIMS | | | | | | | |
| 00088 | GRADY RUTLEDGE | Unsec | 070 | $666,699.00 | $18,325.99 | $648,373.01 | $4,614.07 | $36,061.48 |
| 00089 | BARBARA MAHONEY | Unsec | 070 | $52,500.00 | $1,443.10 | $51,056.90 | $363.34 | $35,698.14 |
| 00090 | LYNN FAGGARD | Unsec | 070 | $28,478.75 | $782.82 | $27,695.93 | $197.09 | $35,501.05 |
| 00091 | CARROLL CLARK | Unsec | 070 | $3,441.00 | $94.58 | $3,346.42 | $23.82 | $35,477.23 |
| 00092 | MARY ROSALIND AND STEVE P. COBB | Unsec | 070 | $575.83 | $15.83 | $560.00 | $3.98 | $35,473.25 |
| 00093 | MARY W PARRISH | Unsec | 070 | $58,000.00 | $1,594.29 | $56,405.71 | $401.40 | $35,071.85 |
| 00094 | PAUL VICKERS | Unsec | 070 | $45,190.78 | $1,242.19 | $43,948.59 | $312.76 | $34,759.09 |
| 00095 | ETHEL GULLY | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $34,759.09 |
| 00096 | AMY DIONNE JORDAN | Unsec | 070 | $523.03 | $14.38 | $508.65 | $3.62 | $34,755.47 |
| 00097 | ROBERT N GULLY | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $34,755.47 |
| 00098 | GEARY N GULLY | Unsec | 070 | $1,200.00 | $32.98 | $1,167.02 | $8.31 | $34,747.16 |
| 00099 | WILLIAM E KIRVEN | Unsec | 070 | $44,678.58 | $1,228.11 | $43,450.47 | $309.21 | $34,437.95 |
| 00100 | MARK S. & ANN M. SHOREY | Unsec | 070 | $8,098.60 | $222.61 | $7,875.99 | $56.05 | $34,381.90 |
| 00101 | JESSE MANUEL SCOTT | Unsec | 070 | $61,259.21 | $1,683.87 | $59,575.34 | $423.97 | $33,957.93 |
| 00102 | BETTY SUNDBERG | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $33,957.93 |
| 00103 | BELLSOUTH TELECOMM | Unsec | 070 | $405.92 | $11.16 | $394.76 | $2.81 | $33,955.12 |
| 00104 | MARIE K HOLMBLADE | Unsec | 070 | $17,711.31 | $486.84 | $17,224.47 | $122.58 | $33,832.54 |
| 00105 | COMCAST CABLEVISION | Unsec | 070 | $68.02 | $1.87 | $66.15 | $0.47 | $33,832.07 |
| 00106 | JACK CHRISTOPHER CARNEY | Unsec | 070 | $6,210.75 | $170.72 | $6,040.03 | $42.98 | $33,789.09 |
| 00107 | REBECCA KAY CARNEY | Unsec | 070 | $6,461.90 | $177.63 | $6,284.27 | $44.71 | $33,744.38 |
| 00108 | LEE ANTHONY CARNEY | Unsec | 070 | $6,210.75 | $170.72 | $6,040.03 | $42.99 | $33,701.39 |

PDF created with pdfFactory trial version www.pdffactory.com

## Proposed Distribution
## PROPOSED DISTRIBUTION

Case Number: 97-11031  MM  
Debtor Name: MASON PLAN COMPANY, INC.  
Page 8  
Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Claim Type UC - UNSECURED CLAIMS |
| 00109 | CHARLES R PRICE | Unsec | 070 | $26,413.71 | $726.05 | $25,687.66 | $182.81 | $33,518.58 |
| 00110 | CHARLES R PRICE | Unsec | 070 | $204,224.69 | $5,613.66 | $198,611.03 | $1,413.38 | $32,105.20 |
| 00111 | CHARLES R PRICE | Unsec | 070 | $4,145.14 | $113.94 | $4,031.20 | $28.68 | $32,076.52 |
| 00112 | MRS JANIS M HARRIS | Unsec | 070 | $10,268.00 | $282.25 | $9,985.75 | $71.05 | $32,005.47 |
| 00113 | EVELYN WARREN | Unsec | 070 | $10,837.94 | $297.91 | $10,540.03 | $75.00 | $31,930.47 |
| 00114 | WILLIAM H SCHULTZ | Unsec | 070 | $213,530.30 | $5,869.45 | $207,660.85 | $1,477.80 | $30,452.67 |
| 00115 | COMMUNITY COFFEE CO INC | Unsec | 070 | $25.07 | $0.68 | $24.39 | $0.18 | $30,452.49 |
| 00116 | ELOISE BURRAGE | Unsec | 070 | $14,000.00 | $384.83 | $13,615.17 | $96.89 | $30,355.60 |
| 00117 | BRYAN S HOLDER | Unsec | 070 | $4,714.23 | $129.58 | $4,584.65 | $32.63 | $30,322.97 |
| 00118 | ESTATE OF WILLIAM H. STOKES, DECE | Unsec | 070 | $26,981.00 | $741.64 | $26,239.36 | $186.73 | $30,136.24 |
| 00119 | SARAH GOWAN CRAWFOD | Unsec | 070 | $126,678.08 | $3,482.08 | $123,196.00 | $876.72 | $29,259.52 |
| 00120 | SCOTT MILTON BRANNAN | Unsec | 070 | $542.19 | $14.90 | $527.29 | $3.76 | $29,255.76 |
| 00121 | LESHAY BRANNON | Unsec | 070 | $542.19 | $14.90 | $527.29 | $3.76 | $29,252.00 |
| 00122 | LESHAY BRANNON | Unsec | 070 | $542.19 | $14.90 | $527.29 | $3.76 | $29,248.24 |
| 00123 | AUBREY S BRITT | Unsec | 070 | $3,152.36 | $86.65 | $3,065.71 | $21.81 | $29,226.43 |
| 00124 | PERRY GENE DICKEY | Unsec | 070 | $10,386.12 | $285.49 | $10,100.63 | $71.88 | $29,154.55 |
| 00125 | ROBERT WILLIAM CHUNN | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $29,154.55 |
| 00126 | WILLIAM W. CHUNN | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $29,154.55 |
| 00127 | LILLIE CHUNN | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $29,154.55 |
| 00128 | MARY LEE PRICE PETTUS | Unsec | 070 | $7,000.00 | $192.41 | $6,807.59 | $48.45 | $29,106.10 |
| 00130 | MICHAEL H. SCHULTZ | Unsec | 070 | $2,630.33 | $72.30 | $2,558.03 | $18.21 | $29,087.89 |

PDF created with pdfFactory trial version www.pdffactory.com

# PROPOSED DISTRIBUTION

Case Number: 97-11031   MM  
Debtor Name: MASON PLAN COMPANY, INC.  
Page 9  
Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 00131 | FRANCES H STEPHAN | Unsec | 070 | $116,965.69 | $3,215.11 | $113,750.58 | $809.50 | $28,278.39 |
| 00132 | PAUL T. ARCHER | Unsec | 070 | $66,623.00 | $1,831.31 | $64,791.69 | $461.09 | $27,817.30 |
| 00133 | HELEN A. MEYERS | Unsec | 070 | $280,128.00 | $7,700.06 | $272,427.94 | $1,938.70 | $25,878.60 |
| 00134 | EDWARD P. HEWES, JR. & MILDRED C. | Unsec | 070 | $708,212.35 | $19,467.10 | $688,745.25 | $4,901.37 | $20,977.23 |
| 00135 | RUTH T. BAAS | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $20,977.23 |
| 00136 | RICHARD H. MEYERS | Unsec | 070 | $183,098.00 | $5,032.94 | $178,065.06 | $1,267.17 | $19,710.06 |
| 00137 | BEVERLY R. BOSARGE | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $19,710.06 |
| 00138 | JAMES D. TRIPP, SR. | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $19,710.06 |
| 00139 | JOAN R. TRIPP | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $19,710.06 |
| 00140 | WILLIAM L. AND NITA F. CHILDS | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $19,710.06 |
| 00141 | WILLIAM L. AND NITA F. CHILDS | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $19,710.06 |
| 00142 | R. WAYNE RABBY | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $19,710.06 |
| 00143 | REVIS WAYNE RABBY | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $19,710.06 |
| 00144 | VELMA R. STEELE OR DAVID WAYNE STEELE | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $19,710.06 |
| 00145 | VELMA R. STEELE AND SIDNEY R. STEELE | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $19,710.06 |
| 00146 | GERALD HORNSBY | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $19,710.06 |
| 00147 | MICHAEL JAMES LABRECQUE | Unsec | 070 | $727.50 | $20.00 | $707.50 | $5.03 | $19,705.03 |
| 00148 | ROBERT T. AND NITA MEYERS | Unsec | 070 | $36,443.00 | $1,001.73 | $35,441.27 | $252.22 | $19,452.81 |

PDF created with pdfFactory trial version www.pdffactory.com

# PROPOSED DISTRIBUTION

Case Number: 97-11031    MM  
Debtor Name: MASON PLAN COMPANY, INC.  
Page 10  
Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 00149 | RICHARD P. AND ROSEMARY MEYERS | Unsec | 070 | $51,275.00 | $1,409.43 | $49,865.57 | $354.86 | $19,097.95 |
| 00150 | ALLEYNE PAGE | Unsec | 070 | $13,315.71 | $366.02 | $12,949.69 | $92.15 | $19,005.80 |
| 00151 | SOL E. AND SARAH L. KRETZER | Unsec | 070 | $25,143.83 | $691.14 | $24,452.69 | $174.02 | $18,831.78 |
| 00152 | EARL JOHNSON | Unsec | 070 | $65,000.00 | $1,786.70 | $63,213.30 | $449.84 | $18,381.94 |
| 00153 | BETTY SUNBERG | Unsec | 070 | $114,692.32 | $3,152.62 | $111,539.70 | $793.76 | $17,588.18 |
| 00154 | STEVEN HINKLEY | Unsec | 070 | $5,528.00 | $151.95 | $5,376.05 | $38.26 | $17,549.92 |
| 00155 | FLORA K. DOSTER | Unsec | 070 | $124,950.00 | $3,434.58 | $121,515.42 | $864.75 | $16,685.17 |
| 00156 | JOHN P. REYNOLDS, JR. | Unsec | 070 | $25,000.00 | $687.19 | $24,312.81 | $173.02 | $16,512.15 |
| 00157 | MAE OMA REYNOLDS | Unsec | 070 | $50,000.00 | $1,374.39 | $48,625.61 | $346.03 | $16,166.12 |
| 00158 | WILLIAM W. AND LILLIE CHUNN | Unsec | 070 | $125,689.00 | $3,454.90 | $122,234.10 | $869.86 | $15,296.26 |
| 00159 | ROBERT WILLIAM AND LUCILLE CHUNN | Unsec | 070 | $34,631.00 | $951.93 | $33,679.07 | $239.67 | $15,056.59 |
| 00160 | HERBERT H. AND IOLUM LOVELACE | Unsec | 070 | $50,000.00 | $1,374.39 | $48,625.61 | $346.03 | $14,710.56 |
| 00161 | ANITA M. KING | Unsec | 070 | $12,269.04 | $337.25 | $11,931.79 | $84.91 | $14,625.65 |
| 00162 | VERA A. JONES | Unsec | 070 | $163,041.66 | $4,481.64 | $158,560.02 | $1,128.36 | $13,497.29 |
| 00163 | HENRY F. AND LOUISE A. HOFFMAN | Unsec | 070 | $153,002.68 | $4,205.69 | $148,796.99 | $1,058.89 | $12,438.40 |
| 00164 | MIKE AND DENISE HOFFMAN | Unsec | 070 | $240,451.20 | $6,609.44 | $233,841.76 | $1,664.10 | $10,774.30 |
| 00165 | JOAN R. TRIPP | Unsec | 070 | $20,936.00 | $575.48 | $20,360.52 | $144.90 | $10,629.40 |
| 00166 | DUANE ALLEN SHIPMAN, JR. | Unsec | 070 | $106,280.00 | $2,921.39 | $103,358.61 | $735.54 | $9,893.86 |

# PROPOSED DISTRIBUTION

Case Number: 97-11031　MM  
Debtor Name: MASON PLAN COMPANY, INC.  
Page 11  
Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 00167 | JOE W. SMITH | Unsec | 070 | $101,850.68 | $2,799.64 | $99,051.04 | $704.88 | $9,188.98 |
| 00168 | JOSEPH J. AND ELIZABETH M. ALLEN | Unsec | 070 | $63,889.02 | $1,756.16 | $62,132.86 | $442.16 | $8,746.82 |
| 00169 | FRANCINA B. BENEJAM | Unsec | 070 | $100,050.87 | $2,750.16 | $97,300.71 | $692.43 | $8,054.39 |
| 00170 | BEVERLY R. BOSARGE | Unsec | 070 | $13,149.19 | $361.44 | $12,787.75 | $91.00 | $7,963.39 |
| 00171 | GERTRUDE BOWLES | Unsec | 070 | $14,451.07 | $397.22 | $14,053.85 | $100.02 | $7,863.37 |
| 00172 | WILLIAM L. AND NITA F. CHILDS | Unsec | 070 | $66,454.00 | $1,826.66 | $64,627.34 | $459.92 | $7,403.45 |
| 00173 | ROBERT N. AND BARBARA A. GULLY | Unsec | 070 | $99,444.38 | $2,733.49 | $96,710.89 | $688.23 | $6,715.22 |
| 00174 | ETHEL GULLY | Unsec | 070 | $10,303.92 | $283.23 | $10,020.69 | $71.31 | $6,643.91 |
| 00175 | GERALD G. HORNSBY | Unsec | 070 | $36,093.00 | $992.11 | $35,100.89 | $249.80 | $6,394.11 |
| 00176 | JOYCE L. AND CECIL B. KING | Unsec | 070 | $32,719.47 | $899.38 | $31,820.09 | $226.45 | $6,167.66 |
| 00177 | DR. JOHN K. LINGO | Unsec | 070 | $80,653.00 | $2,216.96 | $78,436.04 | $558.18 | $5,609.48 |
| 00178 | JEFF DAVIS MARKS | Unsec | 070 | $1,540.71 | $42.35 | $1,498.36 | $10.66 | $5,598.82 |
| 00179 | LAWRENCE L AND DEANNA C. MCKENZIE | Unsec | 070 | $53,345.52 | $1,466.34 | $51,879.18 | $369.19 | $5,229.63 |
| 00180 | E.C. AND JUANITA T. BRISTOL | Unsec | 070 | $38,181.00 | $1,049.50 | $37,131.50 | $264.24 | $4,965.39 |
| 00181 | DANIEL AND BETTY J. COYER | Unsec | 070 | $56,925.00 | $1,564.74 | $55,360.26 | $393.96 | $4,571.43 |
| 00182 | VESTER M. AND ISABELLE S. SMITH | Unsec | 070 | $110,287.53 | $3,031.55 | $107,255.98 | $763.27 | $3,808.16 |
| 00183 | J.D. MARTHA S. AND KIMBERLY L. DI | Unsec | 070 | $21,330.00 | $586.31 | $20,743.69 | $147.62 | $3,660.54 |
| 00184 | VELMA JEAN STEELE | Unsec | 070 | $40,617.31 | $1,116.47 | $39,500.84 | $281.11 | $3,379.43 |

## PROPOSED DISTRIBUTION

Case Number: 97-11031  MM  
Debtor Name: MASON PLAN COMPANY, INC.  
Page 12  
Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 00185 | LOIS K. SOLOMAN | Unsec | 070 | $15,871.69 | $436.27 | $15,435.42 | $109.85 | $3,269.58 |
| 00186 | JAMES LAMAR SCOTT | Unsec | 070 | $30,914.76 | $849.78 | $30,064.98 | $213.95 | $3,055.63 |
| 00187 | R. WAYNE RABBY | Unsec | 070 | $37,056.64 | $1,018.60 | $36,038.04 | $256.46 | $2,799.17 |
| 00188 | MERLEE E. SMITH | Unsec | 070 | $98,946.36 | $2,719.80 | $96,226.56 | $684.79 | $2,114.38 |
| 00189 | JAMES D. TRIPP, SR. | Unsec | 070 | $70,000.00 | $1,924.14 | $68,075.86 | $484.45 | $1,629.93 |
| 00190 | WILLIAM H. MCDERMOTT AS CONSERVAT | Unsec | 070 | $7,704.00 | $211.77 | $7,492.23 | $53.31 | $1,576.62 |
| 00191 | JERRY EARL JOHNSON | Unsec | 070 | $35,000.00 | $962.07 | $34,037.93 | $242.23 | $1,334.39 |
| 00192 | WILLIAM A. AND DIANNA H. GRALAPP | Unsec | 070 | $35,866.23 | $985.88 | $34,880.35 | $248.22 | $1,086.17 |
| 00193 | MRS. NOAH PRICE OLIVER, SR. | Unsec | 070 | $30,115.00 | $827.79 | $29,287.21 | $208.42 | $877.75 |
| 00194 | RUBY M. STRINGER | Unsec | 070 | $5,490.61 | $150.92 | $5,339.69 | $38.01 | $839.74 |
| 00195 | NORMAN J. MCCONAGHY | Unsec | 070 | $14,840.00 | $407.92 | $14,432.08 | $102.71 | $737.03 |
| 00196 | RUTH FRANCES NORSTEDT DAHLEN | Unsec | 070 | $75,000.00 | $2,061.58 | $72,938.42 | $519.05 | $217.98 |
| 00197 | JAMES MICHAEL SCHULTZ | Unsec | 070 | $4,419.00 | $121.47 | $4,297.53 | $30.58 | $187.40 |
| 00198 | CHRISTOPHER ALAN SCHULTZ | Unsec | 070 | $3,682.00 | $101.21 | $3,580.79 | $25.48 | $161.92 |
| 00201 | RUTH T. BAAS | Unsec | 070 | $7,086.99 | $194.80 | $6,892.19 | $49.05 | $112.87 |
| 00204 | REGIONS BANK | Unsec | 070 | $11,307.56 | $310.82 | $10,996.74 | $78.26 | $34.61 |
| 00209 | W W DOWNEY | Unsec | 070 | $5,000.00 | $137.43 | $4,862.57 | $34.61 | $0.00 |
| | **Subtotal For Claim Type UC** | | | $7,703,166.78 | $211,742.03 | $7,491,424.75 | $53,311.81 | |

Claim Type UL - UNSECURED LATE

# PROPOSED DISTRIBUTION

Case Number: 97-11031  MM  
Debtor Name: MASON PLAN COMPANY, INC.  
Page 13  
Date: September 16, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type UL - UNSECURED LATE** | | | | | | | | |
| 00199 | LINDA K SMITH | Unsec | 072 | $6,699.68 | $0.00 | $6,699.68 | $0.00 | $0.00 |
| 00203 | FREDA P. ROBERTS | Unsec | 072 | $498.79 | $0.00 | $498.79 | $0.00 | $0.00 |
| | Subtotal For Claim Type UL | | | $7,198.47 | $0.00 | $7,198.47 | $0.00 | |
| | Subtotals For Class Unsecured | 3.43763 % | | $7,710,365.25 | $211,742.03 | $7,498,623.22 | $53,311.81 | |
| **Claim Type SC - SECURED CLAIMS** | | | | | | | | |
| 00129 | WHITNEY BANK OF ALABAMA | Sec | 999 | $125,000.00 | $125,000.00 | $0.00 | $0.00 | $0.00 |
| 00206 | FREDA P. ROBERTS, REVENUE COMMISSIONER | Sec | 999 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 00207 | MARILYN E. WOOD, REVENUE COMMISSIONER | Sec | 999 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 00208 | MARILYN E. WOOD, REVENUE COMMISSIONER | Sec | 999 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type SC | | | $125,000.00 | $125,000.00 | $0.00 | $0.00 | |
| | Subtotals For Class Secured | 100.00000 % | | $125,000.00 | $125,000.00 | $0.00 | $0.00 | |
| << Totals >> | | | | $7,934,329.77 | $435,560.58 | $7,498,769.19 | $53,592.52 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

PDF created with pdfFactory trial version www.pdffactory.com

Case 97-11031   Doc 866   Filed 09/18/08   Entered 09/18/08 13:29:40   Desc Main
Document   Page 14 of 14