IN THE UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

IN RE: *
MASON PLAN COMPANY, INC. *
* CASE NO. 97-11031-MM
*
DEBTOR(S) *

## RULE 3011 REPORT OF UNCLAIMED FUNDS

TO THE HONORABLE GERALDINE S. LESTER
CLERK, U.S. BANKRUPTCY COURT:

In accordance with Bankruptcy Rule 3011, I am attaching my check as trustee in bankruptcy herein for the amount of $9,466.18, covering dividends unclaimed for more than ninety (90) days after the distribution of final dividend. I certify that I have reviewed the proof of claim and made a diligent attempt to locate the claimants of these unclaimed funds.

Stop payment slips and/or returned checks on the following issued outstanding checks are attached, representing the total amount to be paid to the Clerk's Office. The name, and mailing address of the person entitled to such payment, as reflected on the proof of claim, and the amount thereof, is as follows:

| | CREDITOR | ADDRESS | AMOUNT OF CHECK |
|---|---|---|---|
| Cl #17 | MR OR MRS T J WOOD | 4713 GOLDMINE RD. MOBILE AL 36619 | 13.85 |
| #22 | MR FRANKLIN BURGETT | MRS FRANKLIN BURGETT 2705 WOODCLIFF DR E MOBILE AL 36609 | 278.97 |
| #33 | BUREN L GLASS | DOROTHY G GLASS 5464 E. MICHIGAN ST., APT. 7 ORLANDO, FL 32812-5370 | 50.75 |
| #80 | IDA M SMITH | 3753 SPRINGHILL AVE. MOBILE AL 36608 | 110.90 |

PDF created with pdfFactory trial version www.pdffactory.com

| # | Name | Address | Amount |
|---|---|---|---|
| # 91 | CARROLL CLARK | HAROLD D CLARK<br>P O BOX 3151<br>GULF SHORES AL 36547 | 23.82 |
| #92 | MARY ROSALIND AND STEVE P. COBB | P. O. BOX 180681<br>MOBILE, AL 36618 | 3.98 |
| Cl#93 | MARY W PARRISH | ROSALAND COBB<br>P O BOX 76<br>WILMER AL 36587 | 401.40 |
| #96 | AMY DIONNE JORDAN | REBECCA JORDAN<br>1630 Summitt Place<br>Birmingham, AL 35243 | 3.62 |
| #100 | MARK S. & ANN M. SHOREY | 4617 CANAL PARK DR.<br>MOBILE AL 36619 | 56.05 |
| #103 | BELLSOUTH TELECOMM | C/O BANKRUPTCY GROUP<br>RM 260<br>125 PERIMETER CENTER WEST<br>ATLANTA GA 30346 | 2.81 |
| #104 | MARIE K HOLMBLADE | MARIA MARBUS<br>56 DEMOUY AVE.<br>MOBILE AL 36606 | 122.58 |
| #112 | MRS JANIS M HARRIS | WILLIAM LINWOOD<br>OR STEPHEN LINWOOD<br>1983 DANBERRY<br>MEMPHIS TN 38116 | 71.05 |
| #113 | EVELYN WARREN | DEBORAH NICHOLSON<br>P O BOX 575<br>SATSUMA AL 36572 | 75.00 |
| #115 | COMMUNITY COFFEE CO INC | 5232 HALLS MILL RD. STE A<br>MOBILE AL 36619 | 0.18 |
| #118 | ESTATE OF WILLIAM H. STOKES, DECE | C/O HORACE MOON, JR.<br>2151 GOVERNMENT ST<br>MOBILE, AL 36606 | 186.73 |
| #120 | MARY LEE PRICE PETTUS | MARY C PRICE<br>7155 SMITHFIELD RD.<br>MOBILE AL 36695 | 48.45 |
| #130 | MICHAEL H. SCHULTZ | 3287 HILLARD DR.<br>BIRMINGHAM, AL 35243 | 18.21 |

PDF created with pdfFactory trial version www.pdffactory.com

| | | | |
|---|---|---|---|
| #133 | HELEN A. MEYERS | C/O STEVE OLEN<br>P.O. BOX 1826<br>MOBILE, AL 36633 | 1,938.70 |
| #147 | MICHAEL JAMES LABRECQUE | 4031 AIRPORT BLVD APT 210<br>MOBILE, AL 36608 | 5.03 |
| #148 | ROBERT T. AND NITA MEYERS | C/O STEVE OLEN<br>P.O. BOX 1826<br>MOBILE, AL 36633 | 252.22 |
| #153 | BETTY SUNBERG | C/O STEVE OLEN<br>P.O. BOX 1826<br>MOBILE, AL 36633 | 793.76 |
| #155 | FLORA K. DOSTER | C/O STEVE OLEN<br>P.O. BOX 1826<br>MOBILE, AL 36633 | 864.75 |
| #156 | WILLIAM W. AND LILLIE CHUNN | C/O STEVE OLEN<br>P.O. BOX 1826<br>MOBILE, AL 36633 | 869.86 |
| #162 | VERA A. JONES | C/O STEVE OLEN<br>P.O. BOX 1826<br>MOBILE, AL 36633 | 1,128.36 |
| #169 | JOE W. SMITH | C/O STEVE OLEN<br>P.O. BOX 1826<br>MOBILE, AL 36633 | 704.88 |
| #172 | WILLIAM L. AND NITA F. CHILDS | C/O STEVE OLEN<br>P.O. BOX 1826<br>MOBILE, AL 36633 | 459.92 |
| #177 | DR. JOHN K. LINGO | C/O STEVE OLEN<br>P.O. BOX 1826<br>MOBILE, AL 36633 | 558.18 |
| #194 | RUBY M. STRINGER | P.O. BOX 302<br>CREOLA, AL 36525 | 38.01 |
| #197 | JAMES MICHAEL SCHULTZ | 3287 HILLARD DR.<br>BIRMINGHAM, AL 35243 | 30.58 |
| #198 | CHRISTOPHER ALAN SCHULTZ | C/O M.H. SCHULTZ<br>3287 HILLARD DR.<br>BIRMINGHAM, AL 35243 | 25.48 |

PDF created with pdfFactory trial version www.pdffactory.com

| | | | |
|---|---|---|---|
| # 1 | HOWARD WILLIAMS<br>JIMMIE REE WILLIAMS | P.O. BOX 782<br>CHATOM, AL 36518 | 328.10 |

Date: January 9, 2009

*Theodore L. Hall, Trustee*

REVIEWED AND APPROVED BY
U.S. BANKRUPTCY ADMINISTRATOR'S OFFICE

SIGNED: _Rush Bomey_

DATE: 1/23/09