IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

In re: *

MASON PLAN COMPANY, INC., * CASE NO. 97-11031-MAM-7

Debtor. *

## ORDER

This matter having come before the Court for hearing on the Motion To Withdraw Funds Paid into Court by Trustee filed by creditors Helen A. Meyers, Robert T. Meyers and Nita Meyers, Betty D. Sundberg, Flora K. Doster, William W. Chunn and Lillie Chunn, Vera A. Jones, Joe W. Smith, William L. Childs and Nita F. Childs, John K. Lingo, Steven Hinkley, Mary W. Parrish and William E. Kirven and Margaret K. Kirven; Steve Olen having appeared for Movants, and Travis M. Bedsole having appeared as Bankruptcy Administrator; the Court having reviewed the motion and the pleadings; and there having been no objection; the Court finds that the Motion To Withdraw Funds Paid into Court by Trustee is due to be granted, and the Court therefore ORDERS that the Motion To Withdraw Funds Paid into Court by Trustee is GRANTED and ORDERS the Clerk of the Court to disburse the sum of $10,544.98 to Steve Olen as attorney for Movants.

Dated: March 10, 2009

_____
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE