IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

In re:

MASON PLAN COMPANY, INC.,            CASE NO. 97-11031-MAM-7

    Debtor.

## AMENDED ORDER

This matter having come before the Court for hearing on the Motion To Withdraw Funds Paid into Court by Trustee filed by creditors Helen A. Meyers, Robert T. Meyers and Nita Meyers, Betty D. Sundberg, Flora K. Doster, William W. Chunn and Lillie Chunn, Vera A. Jones, Joe W. Smith, William L. Childs and Nita F. Childs, John K. Lingo, Steven Hinkley, Mary W. Parrish and William E. Kirven and Margaret K. Kirven; Steve Olen having appeared for Movants, and Travis M. Bedsole having appeared as Bankruptcy Administrator; the Court having reviewed the motion and the pleadings; and there having been no objection; the Court having taken notice of the fact that the Clerk of the Court has previously disbursed to William E. Kirven and Margaret K. Kirven the sum of $1,228.11 pursuant to this Court's Order dated July 17, 2008; and the Court having taken notice of the fact that movant Mary Parrish is owed the total sum of $1,995.69 ($1,594.29 plus $401.40); the Court finds that the Motion To Withdraw Funds Paid into Court by Trustee is due to be granted, and the Court therefore amends its Order dated March 10, 2009 as follows: the Court ORDERS that the Motion To Withdraw Funds Paid into Court by Trustee is GRANTED and ORDERS the Clerk of the Court to disburse the sum of $9,718.27 to Steve Olen as attorney for Movants to be distributed to Movants as set out in Exhibit 1 attached hereto.

Dated: March 18, 2009

                                         /s/ Margaret A. Mahoney
                                         MARGARET A. MAHONEY
                                         U.S. BANKRUPTCY JUDGE

-1-

# EXHIBIT 1

| Creditors | Amounts |
|---|---|
| Helen A. Meyers | $1,938.70 |
| Robert T. Meyers and Nita Meyers | 252.22 |
| Betty D. Sundberg | 793.76 |
| Flora K. Doster | 864.75 |
| William W. Chunn and Lillie Chunn | 869.86 |
| Vera A. Jones | 1,128.36 |
| Joe W. Smith | 704.88 |
| William L. Childs and Nita F. Childs | 459.92 |
| John K. Lingo | 558.18 |
| Steven Hinkley | 151.95 |
| Mary W. Parrish | 1,995.69 |